UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**     Case No. 8:03-cr-221-T-30EAJ

**NATHAN DUANE CAGLE,**

    **Defendant.**

_____/

**UNOPPOSED MOTION TO APPOINT FEDERAL DEFENDER'S OFFICE PURSUANT TO OMNIBUS ORDER, 8:16-MC-0053-T-23, DOC. 1**

The Federal Defender's Office, on behalf of Defendant Nathan Duane Cagle, respectfully requests that this Honorable Court appoint the Federal Defender's Office to represent Mr. Cagle for purposes of seeking post-conviction relief based on *Welch v. United States*, 136 S. Ct. 1257 (2016), and *Johnson v. United States*, 135 S. Ct. 2551 (2015). In support of this request, the following is respectfully submitted:

Pursuant to the Omnibus Order In Re: Retroactive Application of *Welch* and *Johnson* ("*Johnson* Omnibus Order"), *see* 8:16-mc-0053-T-23, Doc. 1, the Federal Defender's Office has reviewed the record in the above-styled case and determined that Mr. Cagle is colorably eligible for federal post-conviction relief under 28 U.S.C. § 2255 because of the invalidity of the "residual clause" of the Armed Career Criminal Act ("ACCA"), as construed in *Johnson* and applied in *Welch*.

In accordance with the directives in the *Johnson* Omnibus Order, the Federal Defender's Office hereby moves for appointment to further represent Mr. Cagle by seeking

§ 2255 relief on his behalf. The U.S. Probation Office and the U.S. Attorney's Office have been notified of the Federal Defender's determination and the filing of this motion, and the U.S. Attorney's Office has authorized undersigned to represent that this motion to appoint the Federal Defender's Office is not opposed.

Wherefore, in light of the *Johnson* Omnibus Order, the Federal Defender's Office respectfully requests that this Honorable Court appoint this Office to represent Mr. Cagle for purposes of seeking post-conviction relief based on *Welch* and *Johnson.*

Respectfully submitted,

Donna L. Elm
Federal Defender

*/s/ Michelle Yard*
Michelle Yard
Research and Writing Attorney
Florida Bar Number 14085
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone 407-648-6338
Facsimile 407-648-6095
E-Mail: Michelle_Yard@fd.org
Counsel for Nathan Duane Cagle

## Certificate of Service

I hereby certify the foregoing *Unopposed Motion to Appoint Federal Defender's Office Pursuant to Omnibus Order,* 8:16-mc-0053-T-23, Doc. 1 was filed via CM/ECF, which will serve the United States Attorney's Office with notice of electronic filing on this 18th day of May 2016.

*/s/ Michelle Yard*
Michelle Yard
Research and Writing Attorney